# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

136441 & (14)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RONALD MUNSTER,
      Plaintiff-Appellee,

v

CITY OF BATTLE CREEK,
      Defendant-Appellant,
and

SECOND INJURY FUND,
      Defendant.

SC: 136441
COA: 284666
WCAC: 06-000238

_____/

On order of the Court, the application for leave to appeal prior to decision by the Court of Appeals is considered, and it is DENIED, because the Court is not persuaded that the question presented should be reviewed by this Court before consideration by the Court of Appeals. The motion to consolidate is DENIED as moot.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008

_____
Clerk

t0721